# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2018 APR -3 PM 3:37 CLERK_____ SO. DIST. OF GA.

| | |
|---|---|
| GUSTAVO ROMERO-CARRASCAL, | *|
| Petitioner, | * CIVIL ACTION NO.: 5:17-cv-156 |
| v. | * |
| WARDEN TRACY JOHNS, | * |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 19, to which Petitioner Gustavo Romero-Carrascal ("Romero-Carrascal") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Romero-Carrascal's 28 U.S.C. § 2241 Petition for failure to follow this Court's directives and failure to prosecute, **DISMISSES as moot** all pending Motions, **DENIES** Romero-Carrascal *in forma pauperis* status on appeal, and

**DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___3___ day of ___April___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA